UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NANCY C. AUSTIN | ) | CASE NO. 17-63449-CRM |
| | ) | CHAPTER 7 |
| Debtor | ) | |

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Nancy C. Austin, Debtor in the above-captioned cause, who moves this Court, pursuant to 11 USC Section 362(c)(3)(B), for an order continuing the automatic stay provided under 11 USC Section 362(a) as to all creditors.

In support of this Motion, Debtor states as follows:

1. Debtor filed this Chapter 7 case on August 1, 2017. Pursuant to 11 USC Section 362, the automatic stay will expire on August 31, 2017.

2. Debtor previously filed bankruptcy, Case No. 17-50120-CRM, under Chapter 13, on January 3, 2017, and that case was dismissed on April 12, 2017, for failure to attend the 11 USC Section 341 hearing on February 9, 2017. Debtor contacted the Trustee's office on February 3, 2017, to request a postponement of that hearing due to knee surgery scheduled for that date. The Meeting of Creditors was never rescheduled. Debtor had also been contacted by the mortgage lender, creditor listed on Chapter 13 Petition, who offered a loan modification outside of the Chapter 13 Plan, promising Debtor that all mortgage arrearage would be forgiven and the interest on the mortgage loan would be reduced from 6% to 2% which would make the monthly mortgage payments more affordable to Debtor.

3. Debtor has had no other pending bankruptcy cases in the preceding one (1) year period.

4. This Motion was filed in good faith and the Debtor believes that the Chapter 7 case will be concluded with a discharge.

5. The Debtor's prior Chapter 13 case was not dismissed at a time when there had been a Motion for Relief that was pending before the Court or resolved with or without an Order terminating, conditioning, or limiting the stay.

WHEREFORE, the Debtor requests that this Court continue the automatic stay under 11 USC Section 362(a) as to all creditors for the duration of this Chapter 7 proceeding in accordance with 11 USC Section 362(c) (3) or until such time as the stay is terminated under 11 USC Sections 362(c)(1) or (c)(2) or a Motion for Relief from Stay is granted under 11 USC Section 362(d).

DATED: 8/17/2017

Signature: Nancy C. Austin
Debtor

Printed Name: Nancy C. Austin

Address: 4579 Glenforest Dr.
Roswell, GA 30075

Telephone: 678-938-2751

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: ) Case No: 17-63449-CRM
)
NANCY C. AUSTIN ) Chapter 7
)
)
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 17th day of August, 2017, I served a copy of

Motion to Extend Automatic Stay

which was filed in this bankruptcy matter on the 17 day of August, 2017.

Mode of service (check one):   ⊗ MAILED   ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Neil C Gordon
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

Caliber Home Loans
P.O. Box 270415
Oklahoma City, OK 73137-0415

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 8/17/2017   Signature: Nancy C. Austin

Printed Name: NANCY C. AUSTIN

Address: 4579 Glenforest Drive
Roswell, GA 30075

Phone: 678-938-2751

(Generic Certificate of Service – Revised 4/13)