**IT IS ORDERED as set forth below:**



**Date: September 7, 2017**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | CASE NO. 17-63449-CRM |
|---|---|
| NANCY CLARK AUSTIN, | CHAPTER 7 |
| Debtor. | |

### ORDER

**THIS MATTER** is before the Court on Debtor's Motion to Extend Stay (the "Motion"). The Court held a hearing on the Motion on September 7, 2017. For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **DENIED**.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and all parties in interest.

**END OF DOCUMENT**